**Travis L. DAVENPORT,**
**Plaintiff–Appellant,**

v.

**Officer JOHNSON, Boothworker,**
**Defendant–Appellee,**

and

**Reese Robbins, Col. Head of Securities;**
**Lieutenant Shell, Shift Commander;**
**Lieutenant Jones; Major Allen, De-**
**fendants.**

No. 02–6513.

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2002.

Decided Aug. 22, 2002.

Travis L. Davenport, Appellant Pro Se. Frank Fletcher Rennie, IV, Cowan & Owen, P.C., Richmond, Virginia, for Appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Travis L. Davenport appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See* *Davenport v. Johnson,* No. CA–00–810–A (E.D.Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*